No. 149. NEVILLE COKE & CHEMICAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition

for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John P. Ohl* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key, Miss Helen R. Carloss* and *Mrs. Muriel S. Paul* for respondent.